IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )
                             ) Magistrate No. 06 - 150
          Plaintiff,         )
                             ) Magistrate Lisa Pupo Lenihan
          v.                 )
                             )
CHRISTIAN STEVENS,           )
                             )
          Defendant.         )

O R D E R

AND NOW, this *21st* day of April, 2006,

IT IS HEREBY ORDERED that the government's motion for
detention is granted pending further consideration if and when
the issue of bail becomes relevant.

Lisa Pupo Lenihan
United States Magistrate Judge

cc:  All counsel of record.

FILED

APR 2 1 2006

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA